IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>vs<br>LUIS CADIS-MARTINEZ<br>Defendant | CRIMINAL 12-0285CCC |

# ORDER

Having considered the Report and Recommendation filed on February 26, 2013 (**docket entry 58**) on a Rule 11 proceeding of defendant Luis Cadis-Martínez held before U.S. Magistrate Judge Marcos E. López on February 12, 2013, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since February 12, 2013. The **sentencing hearing is set for May 15, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on March 15, 2013.

S/CARMEN CONSUELO CEREZO
United States District Judge